SEALED                                              SEALED

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 19 - 6067 - VALLE |
| ZYHEEM IAN SMITH, | ) | |
| Defendant. | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ZYHEEM IAN SMITH

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit Hobbs act robbery, in violation of Title 18, United States Code, Section 1951(a).

Date:   02/06/2019

_____
*Issuing officer's signature*

City and state:    Fort Lauderdale, Florida

ALICIA O. VALLE, U.S. MAGISTRATE JUDGE
*Printed name and title*

Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 2-7-2019

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* 2/12/19 | |
| at *(city and state)* _____ | |
| Date: _____ | _____ |
| | *Arresting officer's signature* |
| | SA  Jessie Ajaea |
| | *Printed name and title* |

INFORMATION COPY ONLY

MAKE RETURN ON
ORIGINAL WARRANT WITH
UNITED STATES MARSHAL

SEALED                                    SEALED

AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America          )
v.                                )
                                  )     Case No. 19-6067-VALLE
GEDEON JOSEPH,                    )
_____         )
          *Defendant.*            )

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    GEDEON JOSEPH

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit Hobbs act robbery, in violation of Title 18, United States Code, Section 1951(a).

Date:  02/06/2019

_____
*Issuing officer's signature*

City and state:   Fort Lauderdale, Florida

ALICIA O. VALLE, U.S. MAGISTRATE JUDGE
*Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* | | 2/12/19 |
| at *(city and state)* INFORMATION COPY ONLY | | |
| Date: _____ MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL | *Arresting officer's signature* | |
| | SA  Jessie ARATEA | |
| | *Printed name and title* | |

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By _____
                    Deputy Clerk
Date  2-7-2019

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  19-6067-VALLE |
| ZYHEEM IAN SMITH, | ) | |
| GEDEON JOSEPH, and | ) | |
| WATVERLEY MORTIMER, | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 24, 2018_____ in the county of _____Broward_____ in the

_____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1951(a) | Conspiracy to Commit Hobbs Act Robbery |

This criminal complaint is based on these facts:

Please see attached affidavit.

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By_____ Deputy Clerk
Date 2-7-2019

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Jessie Apaza, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____02/07/2019_____

_____
*Judge's signature*

City and state: _____Ft. Lauderdale, Florida_____          Alicia O. Valle, U.S. Magistrate Judge
_____
*Printed name and title*

I, Jessie Apaza, being first duly sworn, hereby depose and state as follows:

1.      I am a Special Agent for the Federal Bureau of Investigation ("FBI") currently assigned to the Violent Crimes/Fugitive Task Force in the Miami Division.   Prior to my assignment to the Violent Crimes/Fugitive Task Force, I was assigned to the Complex Financial Crimes squad for three years.   I have received training at the FBI Academy in Quantico, Virginia. As a Special Agent for the FBI, I am responsible for conducting investigations of violations of federal law.   My current duties involve the investigation of a variety of violations of federal offenses, including bank robberies, Hobbs Act robberies, extortion, and other violations of federal law.   I have been an FBI Special Agent since September 2015 and have been assigned to the Miami Division since March 2016.   Prior to my employment as a Special Agent with the FBI, I worked as an FBI Investigative Specialist from June 2010 to September 2015 where I investigated threats to national security.

2.      The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.   The information set forth herein is provided for the purpose of establishing probable cause in support of a criminal complaint charging ZYHEEM IAN SMITH, GEDEON JOSEPH, and WATVERLY MORTIMER with conspiracy to commit Hobbs Act robbery, in violation of Title 18, United States Code, Section 1951.   Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not contain every fact known to me about the investigation.

3.      On December 24, 2018, at approximately 9:10 a.m., Sunrise Police officers responded to an armed robbery at the Yard House restaurant at the Sawgrass Mills Mall, located at 2610 Sawgrass Mills Circle, Sunrise, Florida.   The investigation revealed that two black male suspects arrived in the mall parking lot near the Yard House in a silver Hyundai Elantra

approximately one hour before the actual incident occurred.   The car left and returned, and at

approximately 9:00 a.m., the Hyundai backed into a parking space directly in front of the rear

door to Yard House near the dumpster area.   Thereafter, the two suspects exited the vehicle,

walked towards the dumpster area, and entered through the rear door of Yard House, as it was

opened by MORTIMER, a Yard House employee.

4.   One suspect, later identified as SMITH, was a heavier set black male with short

dreads tucked underneath a dark colored face mask and was armed with a tan colored Glock 19X

style semi-automatic pistol and was not wearing gloves.   The second suspect, later identified as

JOSEPH, was a thin-built black male with short dreads tucked underneath a skully cap and a

cloth covering his face, wearing black and white Nike brand shoes, and black baseball style

gloves.   The robbery was recorded by Yard House security cameras.

5.   Upon entering, SMITH and JOSEPH went directly upstairs towards the

manager's office.   Once upstairs, SMITH and JOSEPH encountered the manager who was

standing just outside an office.   SMITH brandished the Glock 19X, pointed it at the manager,

and grabbed the manager's cell phone out of his hand.   SMITH and JOSEPH then forced the

manager at gunpoint to open a safe and place bills and deposit bags into a plastic bag.   SMITH

told the manager to empty the safe or he would shoot the manager in the leg.   After the bag was

filled, SMITH and JOSEPH exited through the same door they had entered, ran to the silver

Hyundai Elantra, and exited the mall parking lot, out of camera view.   The total approximate

loss suffered by Yard House was $22,000.

6.   MORTIMER was interviewed by law enforcement at the scene, and provided his

cellphone number and a home address in West Park, Florida.   MORTIMER claimed he did not

know the individuals who committed the robbery.

2

7.      After the robbery, law enforcement found the manager's cellphone on the ground behind the Yard House.    Subsequent analysis revealed SMITH's fingerprints on the manager's cellphone.

8.      Law enforcement conducted a search of SMITH's public social media accounts and found an associated cellphone number for SMITH.    Toll records for SMITH's cellphone show that on the morning of December 24, 2018, just prior to the robbery, SMITH called MORTIMER's cellphone three times.    Specifically, SMITH placed a call to MORTIMER at 7:39 a.m. that lasted for 5 seconds, another call at 7:40 a.m. that lasted 3 seconds, and a third call at 8:20 a.m. that lasted 7 seconds.    Toll records also show that at approximately 5:50 a.m. on the morning of December 25, 2018, SMITH placed a call to MORTIMER that lasted approximately 17 minutes.

9.      Cellsite records for SMITH's phone show that in the early morning hours of December 24, 2018, the phone travelled from Orlando, to the area of MORTIMER's home in West Park, and then to the vicinity of the Yard House in Sunrise, arriving at approximately 8:00 a.m., where it remained until shortly after the robbery, when it travelled back to the Orlando area.

10.      Toll booth photos were obtained from the Florida Department of Motor Vehicles matching the known locations of SMITH's cellphone.    Those photos revealed a silver Hyundai Elantra, matching the one used during the robbery, with a visible license plate.    A search of that license plate shows that the vehicle was rented from Unique Car Rental, in the Orlando area.

11.      Accordin to SMITH's public Facebook profiles, JOSEPH and MORTIMER are "friends" with SMITH.    On January 16, 2019, law enforcement observed a photo on SMITH's Facebook page of SMITH, JOSEPH and MORTIMER, along with an unidentified person, that

3

was posted on January 10, 2019.   The photo was removed from SMITH's Facebook page later on January 16, 2019.

12.   MORTIMER's public social media accounts show that he has an Instagram handle of "Waffles_Clout" and a Facebook handle of "Zoe Waff."

13.   JOSEPH's public Facebook profile shows that JOSEPH matches the physical appearance of the second suspect in the robbery.   In addition, on his Instagram account, JOSEPH posted several pictures of himself wearing the same distinct black and white Nike shoes seen in the Yard House security video.

14.   Records of chat sessions from SMITH's Facebook Messenger account show that on November 26, 2018, SMITH, JOSEPH, and MORTIMER participated in a chat session in which SMITH advised JOSEPH to "save 200 so we can get a rental to hit waffles kick in the 23rd or 24th."   Based on the context and my training and experience, I believe that SMITH was advising JOSEPH to save $200 to pay for a rental car that could be used for a robbery of MORTIMER's workplace on either December 23 or December 24, 2018.

15.   Records of chat sessions from JOSEPH's Facebook Messenger account show that in mid-December 2018, JOSEPH and MORTIMER exchanged messages regarding obtaining a rental car for purposes of a "lick," a term which, based on the context and my training and experience, refers to a robbery.

16.   On December 24, 2018, at approximately 8:19 a.m., SMITH sent MORTIMER a message telling   MORTIMER "we here."   At approximately 8:28 a.m., and MORTIMER told SMITH that "The manager for the safe aaint here yet."   At approximately 9:00 a.m., SMITH sent a message to MORTIMER saying "U gon open the door?"   MORTIMER responded "Im

4

coming out at 9:07."   At approximately 9:16 a.m., MORTIMER sent a message to SMITH that said "Throw the shirts away."

17.    Based on the information provided above, I respectfully submit that there is probable cause to believe that on or about December 24, 2018, in Broward County, in the Southern District of Florida, ZYHEEM IAN SMITH, GEDEON JOSEPH, and WATVERLY MORTIMER did knowingly and willfully combine, conspire, confederate, and agree with each other to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendants did unlawfully plan and agree to take United States currency and other property from the person and in the presence of a person employed by the Yard House restaurant, located at 2610 Sawgrass Mills Circle, Sunrise, Florida, a business and company operating in interstate and foreign commerce, against the will of that person, by means of actual and threatened force, violence, and fear of injury to said person, in violation of Title 18, United States Code, Section 1951(a)

Respectfully submitted,

Jessie Apaza
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this 11 day of February, 2019, at
Fort Lauderdale, Florida

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

5